BECKY D. PHILLIPS v. JAMES A. PHILLIPS, JR.

No. 409A07

(Filed 25 January 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 185 N.C. App. 238, 647 S.E.2d 481 (2007), vacating an order entered 16 June 2006 by Judge Beth S. Dixon in District Court, Rowan County, and remanding for additional findings. Heard in the Supreme Court 12 December 2007.

*Robert L. Inge for plaintiff-appellee.*

*James A. Phillips, Jr., pro se, defendant-appellant.*

PER CURIAM.

AFFIRMED.

Justice MARTIN did not participate in the consideration or decision of this case.